# EXHIBIT "A"

## ALABAMA SJIS CASE DETAIL

PREPARED FOR: BOONE

alacourt.com

County: **47**   Case Number: **CV-2016-901600.00**   Court Action:
Style: **BENTLEY AUTOMOTIVE, INC. ET AL V. GREENWAY AUTOMOTIVE GROUP ET AL**

Real Time

### Case Action Summary

| Date: | Time | Code | Comments | | Operator |
|---|---|---|---|---|---|
| 9/29/2016 | 11:18 AM | ECOMP | COMPLAINT E-FILED. | | LOF009 |
| 9/29/2016 | 11:19 AM | FILE | FILED THIS DATE: 09/29/2016 | (AV01) | AJA |
| 9/29/2016 | 11:19 AM | EORD | E-ORDER FLAG SET TO "Y" | (AV01) | AJA |
| 9/29/2016 | 11:19 AM | ASSJ | ASSIGNED TO JUDGE: D. ALAN MANN | (AV01) | AJA |
| 9/29/2016 | 11:19 AM | SCAN | CASE SCANNED STATUS SET TO: N | (AV01) | AJA |
| 9/29/2016 | 11:19 AM | TDMJ | JURY TRIAL REQUESTED | (AV01) | AJA |
| 9/29/2016 | 11:19 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) | AJA |
| 9/29/2016 | 11:19 AM | ORIG | ORIGIN: INITIAL FILING | (AV01) | AJA |
| 9/29/2016 | 11:19 AM | C001 | C001 PARTY ADDED: BENTLEY AUTOMOTIVE, INC. | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C001 | LISTED AS ATTORNEY FOR C001: LOFTIN GORDON BARTLE | | AJA |
| 9/29/2016 | 11:19 AM | C001 | C001 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C002 | C002 PARTY ADDED: BENTLEY AUTO, INC. | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C002 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C002 | LISTED AS ATTORNEY FOR C002: LOFTIN GORDON BARTLE | | AJA |
| 9/29/2016 | 11:19 AM | C002 | C002 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C003 | C003 PARTY ADDED: BENTLEY GROUP, INC. | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C003 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | C003 | LISTED AS ATTORNEY FOR C003: LOFTIN GORDON BARTLE | | AJA |
| 9/29/2016 | 11:19 AM | C003 | C003 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | D001 | D001 PARTY ADDED: GREENWAY AUTOMOTIVE GROUP | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | D001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | D001 | CERTIFIED MAI ISSUED: 09/29/2016 TO D001 | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | D001 | D001 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:19 AM | D002 | D002 PARTY ADDED: GREENWAY AUTOMOTIVE VENTURES, LL | | AJA |
| 9/29/2016 | 11:19 AM | D002 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D002 | CERTIFIED MAI ISSUED: 09/29/2016 TO D002 | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D002 | D002 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D003 | D003 PARTY ADDED: UNIVERSITY HYUNDAI OF DECATUR, I | | AJA |
| 9/29/2016 | 11:20 AM | D003 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D003 | CERTIFIED MAI ISSUED: 09/29/2016 TO D003 | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D003 | D003 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D004 | D004 PARTY ADDED: DECATUR HYUNDAI, INC. | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D004 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D004 | CERTIFIED MAI ISSUED: 09/29/2016 TO D004 | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D004 | D004 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D005 | D005 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D005 | CERTIFIED MAI ISSUED: 09/29/2016 TO D005 | (AV02) | AJA |

| 9/29/2016 | 11:20 AM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE (AV02) | AJA |
|---|---|---|---|---|
| 9/29/2016 | 11:20 AM | D005 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D005 | D005 PARTY ADDED: UNIVERSITY AUTO, INC. (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D006 | D006 PARTY ADDED: DAVIS JERRY (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D006 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D006 | LISTED AS ATTORNEY FOR D006: PRO SE (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D006 | D006 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 9/29/2016 | 11:20 AM | D006 | CERTIFIED MAI ISSUED: 09/29/2016 TO D006 (AV02) | AJA |
| 9/29/2016 | 11:26 AM | EMOT | C001-C002-C003-PRELIMINARY INJUNCTION FILED. | LOF009 |
| 9/29/2016 | 12:35 PM | EMOT | C001-C002-C003-PRELIMINARY INJUNCTION /DOCKETED | SAB |
| 9/29/2016 | 12:35 PM | C001 | LISTED AS ATTORNEY FOR C001: LUCAS DAVID VANCE | AMM |
| 9/29/2016 | 12:36 PM | C002 | LISTED AS ATTORNEY FOR C002: LUCAS DAVID VANCE | AMM |
| 9/29/2016 | 12:36 PM | C003 | LISTED AS ATTORNEY FOR C003: LUCAS DAVID VANCE | AMM |
| 9/29/2016 | 2:04 PM | JEORDE | ORDER GENERATED FOR PRELIMINARY INJUNCTION - RENDERED & ENTERED: 9/29/2016 2:04:46 PM - ORDER | |
| 10/12/2016 | 9:10 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | LUC006 |
| 10/12/2016 | 9:14 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | LUC006 |
| 10/12/2016 | 9:18 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | LUC006 |
| 10/12/2016 | 9:21 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | LUC006 |
| 10/12/2016 | 9:24 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | LUC006 |
| 10/12/2016 | 10:33 AM | D003 | SERVICE OF CERTIFIED MAI ON 10/01/2016 FOR D003 | MAM |
| 10/12/2016 | 10:34 AM | D001 | SERVICE OF CERTIFIED MAI ON 10/12/2016 FOR D001 | MAM |
| 10/12/2016 | 10:34 AM | D002 | SERVICE OF CERTIFIED MAI ON 10/12/2016 FOR D002 | MAM |
| 10/12/2016 | 10:36 AM | D005 | SERVICE OF CERTIFIED MAI ON 10/01/2016 FOR D005 | MAM |
| 10/12/2016 | 10:36 AM | D004 | SERVICE OF CERTIFIED MAI ON 10/03/2016 FOR D004 | MAM |
| 10/13/2016 | 8:38 AM | EMISC | RETURN ON SERVICE - NOT SERVED E-FILED | LUC006 |
| 10/13/2016 | 8:53 AM | EALIA | ALIAS SUMMONS E-FILED | LUC006 |
| 10/13/2016 | 8:53 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 10/13/2016 | 8:54 AM | D006 | REISSUE OF CERTIFIED MA ON 10/13/2016 FOR D006 | AJA |

 **END OF THE REPORT**