# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BENTLEY AUTOMOTIVE, INC., et al.,** }<br>}<br>}<br>    **Plaintiffs,** }<br>}<br>**v.** }<br>}<br>**GREENWAY AUTOMOTIVE GROUP, et al.,** }<br>}<br>    **Defendants.** } | **Case No.: 5:16-cv-1696-MHH** |

## ORDER

Plaintiffs Bentley Automotive, Inc., Bentley Auto, Inc., and Bentley Group, Inc. and defendants Greenway Automotive Group, Greenway Automotive Ventures, LLC, University Hyundai of Decatur, Inc., Decatur Hyundai, Inc., University Auto, Inc., and Jerry Davis filed a joint stipulation of dismissal with prejudice. (Doc. 23).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this March 7, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE